McLENDON, by next friend, *v.* WARREN, director.

ATKINSON, Presiding Justice. This case is controlled by the rulings in *McBurnett,* by next friend, v. *Warren,* ante.

*Judgment affirmed. All the Justices concur.*

No. 17514. SUBMITTED JUNE 12, 1951—DECIDED JULY 10, 1951.

*Randall Evans Jr.,* and *Harris, Henson, Spence & Gower,* for plaintiff.

*Eugene Cook, Attorney-General, Lamar W. Sizemore, Assistant Attorney-General, M. H. Blackshear Jr., Deputy Assistant Attorney-General,* and *Robert E. Hicks,* for defendant..